JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Victoria Rose, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Smith's Food & Drug Centers, Inc., a foreign corporation; ;DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendant(s). | Case No. 2:24-cv-00273-JAD-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

WHEREAS, counsel for both Plaintiff and Defendant both had a turnover in members of their respective office staffs which caused delays in discovery for this case; and

WHEREAS, counsel and their clients have been involved in settlement discussions which the parties hope to conclude before identifying experts in order to save costs with the hope of resolving this matter without having to retain experts;

IT IS HEREBY STIPULATED AND AGREED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff VICTORIA ROSE, by and through her counsel, MICHAEL T. NIXON, ESQ. of the LADAH LAW FIRM that discovery be extended for an additional sixty days (60) days, as set forth below, to allow the Parties time to complete necessary discovery prior to trial.

/ / /

/ / /

NG-C2N3CBX6 4871-7043-5522.1

## I. STATEMENT SPECIFYING DISCOVERY THAT HAS BEEN COMPLETED

To date, the Parties have completed the following discovery:

- Both Parties attended the FRCP 26(f) initial case conference.
- Both Parties served their FRCP 26(a) initial disclosures.
- SMITH'S propounded written discovery upon Plaintiff.
- Plaintiff has propounded written discovery upon Defendant.
- The Parties are working to schedule Plaintiff's deposition.
- The Parties have met and conferred in good faith regarding reasonable discovery remaining to be completed and a reasonable timeline for the completion of remaining discovery.

## II. SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties have yet to complete the following discovery:

- The Parties need to collect Plaintiff's relevant medical records.
- SMITH'S will notice and conduct the deposition of Plaintiff.
- Plaintiff will notice and conduct the deposition of SMITH'S FRCP 30(b)(6) representative(s).
- The Parties will notice and conduct the depositions of percipient witnesses and store employees.
- SMITH'S will assess the need for and, if necessary, conduct an independent medical examination of Plaintiff pursuant to FRCP 35.
- The Parties intend to retain and designate initial and rebuttal expert witnesses.
- SMITH'S intends to depose Plaintiff's key medical providers.
- The Parties intend to depose disclosed expert witnesses.
- The Parties intend to serve supplements to written discovery responses and disclosures.
- The Parties will assess the need for and, if appropriate, propound additional written discovery requests.
- The Parties will assess the need for additional discovery and conduct same accordingly.

/ / /

/ / /

/ / /

/ / /

III. **REASONS WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN DEADLINES CONTAINED IN DISCOVERY PLAN AND SCHEDULING ORDER**

Since the commencement of discovery, the Parties have been working amicably together to gather relevant documents, issue necessary discovery, and procure facts and details relevant to the subject incident. However, because of turnover in attorneys and office staff, discovery was delayed and the Parties jointly seek additional time prior to the disclosure of initial experts. At this time, counsel are involved in settlement discussions to possibly avoid additional litigation expenses and the expense of trial. The Parties, therefore, respectfully request an additional sixty (60) days to complete adequate and vital discovery to posture this matter for settlement and/or trial.

**CURRENT DISCOVERY DEADLINES**

| | |
|---|---|
| Close of Discovery | August 6, 2024 |
| Amend Pleadings | closed |
| Initial Expert Disclosure | June 7, 2024 |
| Rebuttal Expert Disclosure | July 8, 2024 |
| Dispositive Motions | September 5, 2024 |
| Pre-Trial Order | October 7, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

NG-C2N3CBX6 4871-7043-5522.1

4871-7043-5522, v. 1

**PROPOSED NEW DISCOVERY DEADLINES**

| | |
|---|---|
| Close of Discovery | October 7, 2024 |
| Amend Pleadings | closed |
| Initial Expert Disclosure | August 6, 2024 |
| Rebuttal Expert Disclosure | September 6, 2024 |
| Dispositive Motions | November 4, 2024 |
| Pre-Trial Order | December 6, 2024 |

**IT IS SO STIPULATED.**

Respectfully submitted this _____ day of May, 2024.

| | |
|---|---|
| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
| /s/ Michael T. Nixon<br>MICHAEL T. NIXON, ESQ.<br>Nevada Bar No. 012839<br>517 S. Third Street<br>Las Vegas, NV 89101<br>(702) 252-0055<br>Attorneys for Plaintiff<br>VICTORIA ROSE | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Blvd., #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATE: 5/29/2024

4

NG-C2N3CBX6 4871-7043-5522.1

4871-7043-5522, v. 1