JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Victoria Rose, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Smith's Food & Drug Centers, Inc., a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00273-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

WHEREAS, due to the intervening holidays and conflicts in the schedule of Defense Counsel it has become necessary for Defense Counsel to seek an extension to file a response to Plaintiff's Motion for Summary Judgment (ECF No. 14) filed on December 19, 2024; and

WHEREAS, Plaintiff's Counsel has agreed to extend the date for Defendant to respond to the Motion for Summary Judgment from its current due date of January 9, 2025 until January 16, 2025;

/ /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NG-C2N3CBX6 4930-4167-5533.1

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff VICTORIA ROSE, by and through her counsel, MICHAEL T. NIXON, ESQ. of LADAH LAW FIRM that the date for Defendant to file its response to Plaintiff's Motion for Summary Judgment be extended from January 9, 2025 until **January 16, 2025.**

Respectfully submitted this 9th day of January, 2025.

| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Michael T. Nixon | /s/ Jerry S. Busby |
| MICHAEL T. NIXON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 012839 | Nevada Bar No. 001107 |
| 517 South Third Street | 3016 West Charleston Blvd., #195 |
| Las Vegas, NV  89101 | Las Vegas, NV  89102 |
| (702) 291-8007 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| VICTORIA ROSE | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:  January 9, 2025