JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Victoria Rose, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Smith's Food & Drug Centers, Inc., a foreign corporation; ;DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00273-JAD-DJA<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF No. 24 |

　　　WHEREAS, all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

　　　**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Ramzy Paul Ladah, Esq. and Michael T. Nixon, Esq. of LADAH LAW FIRM as counsel of record for Plaintiff VICTORIA ROSE as follows:

　　　1.　　That the claims herein of Plaintiff VICTORIA ROSE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

/ / /

/ / /

2. That any and all dates remaining on the docket be vacated.

**IT IS SO STIPULATED.**

DATED this __15__ day of September, 2025

| | |
|---|---|
| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
| /s/ Michael T. Nixon | /s/ Jerry S. Busby |
| MICHAEL T. NIXON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 012839 | Nevada Bar No. 001107 |
| 517 South Third Street | 3016 West Charleston Blvd., #195 |
| Las Vegas, NV 89101 | Las Vegas, NV 89102 |
| (702) 291-8007 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| VICTORIA ROSE | SMITH'S FOOD & DRUG CENTERS, INC. |

# ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 9/19/25

2